COM.

v.

HALL, C.

894 MDA 2016

Superior Court of Pennsylvania.

04/25/2017

CP–22–CR–0003165–2015
(Dauphin)

Affirmed

COM.

v.

VUKOV, J.

1374 MDA 2016

Superior Court of Pennsylvania.

04/25/2017

CP–67–SA–0000183–2016
(York)

Affirmed

COM.

v.

CLARK, L.

1289 MDA 2016

Superior Court of Pennsylvania.

04/25/2017

CP–36–CR–0005760–2014
(Lancaster)

Affirmed

COM.

v.

CARLEY, J.

1820 WDA 2014

Superior Court of Pennsylvania.

4/25/2017

CP–02–CR–0007537–2013
(Allegheny)

Vacated/Remanded